# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **DAVE KERTI,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC,**<br><br>    **Defendant,** | **Civil Action No.:**<br><br><br>**Judge**<br>**Magistrate Judge** |
| Adam G. Taub<br>Adam G. Taub & Associates<br>Consumer Law Group, PLC<br>17200 West 10 Mile Rd., Suite 200<br>Southfield, MI 48075<br>(278) 74603790<br>Email: adamgtaub@clgplc.com<br>*Attorneys for Plaintiff* | CLARK HILL PLC<br>Jordan S. Bolton (P66309)<br>500 Woodward Avenue, Ste. 3500<br>Detroit, MI 48226-3435<br>(313) 965-8300<br>Email: JBolton@clarkhill.com<br>*Attorneys for Equifax Information Services LLC* |

## **NOTICE OF REMOVAL**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, hereby files this Notice of Removal of this action from the 52-3 District Court, Michigan, wherein it is now pending as Case No. 16-C00868 to the United States District Court for the Eastern District of Michigan. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendant shows this Court as follows:

1. An action was filed on February 25, 2016, in the 52-3 District Court, Michigan, entitled *Kerti v. Equifax Information Services LLC,* Case No. 16-C00868 (the "State Court Action").

2. Equifax was served with the Complaint on March 17, 2016.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint, ¶ 1).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the 52-3 District Court, Michigan, as required by 28 U.S.C. § 1446(d).

6.   Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted this 4th day of April, 2016.

>/s/ Jordan S. Bolton
> Jordan S. Bolton (66309)
> CLARK HILL, PLC
> 500 Woodward Avenue, Suite 3500
> Detroit, MI 48226
> Tel. (313) 965-8300
> Fax (313) 965-8252
> jbolton@clarkhill.com
> *Attorneys for Equifax Information Services LLC*

204352554.1 19933/193087

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sending a copy via U.S. Mail to :

Adam G. Taub
Adam G. Taub & Associates
Consumer Law Group, PLC
17200 West 10 Mile Rd., Suite 200
Southfield, MI 48075

                                              */s/ Jordan S. Bolton*
                                              Jordan S. Bolton

204352554.1 19933/193087